17 A.3d 922

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nivardo CARELA–TOLENTINO, Petitioner.**

Supreme Court of Pennsylvania.

April 19, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April 2011, the Petition for Allowance of Appeal is **GRANTED,** limited to issue "a," as phrased by petitioner:

> Whether the imposition of the mandatory minimum fine of $25,000.00 pursuant to 18 Pa.C.S.A. § 7508(a)(3)(iii) was in violation to the Eighth Amendment to the United States Constitution and the prohibition against excessive fines set forth in Article I § 13 of the Pennsylvania Constitution?